# Exhibit A

| 1. To (Name, Address, City, State, Zip Code) Google LLC Corporation Service Company c/o Custodian of Records 2710 Gateway Oaks Drive, Suite 150N Sacramento, California 95833 | DEPARTMENT OF HOMELAND SECURITY **SUMMONS** To Appear and/or Produce Records 19 U.S.C. § 1509 |
|---|---|

Summons Number: ▮▮▮▮▮▮▮▮▮▮▮▮▮

By the service of this summons upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

| (A) | ☐ | **APPEAR** before the U.S. Customs and Border Protection (CBP) Officer or U.S. Immigration and Customs Enforcement (ICE) Special Agent named in Block 2 at the place, date, and time indicated to testify and give information. |
|---|---|---|
| (B) | ☒ | **PRODUCE** the records (including statements, declarations, and other documents) indicated in Block 3 before the CBP Officer or ICE Special Agent named in Block 2 at the place, date, and time indicated. |

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry to ascertain the correctness of entries, to determine the liability for duties, taxes, fines, penalties, or forfeitures, and/or to ensure compliance with the laws or regulations administered by CBP and ICE.

Failure to comply with this summons will render you liable to proceedings in a U.S. District Court to enforce compliance with this summons as well as other sanctions.

| 2. (A) CBP Officer or ICE Special Agent | | (B) Date and Time |
|---|---|---|
| Name Title Address ▮▮▮▮▮▮▮▮▮ | Telephone ▮▮▮▮▮▮ Fax | 2/18/2026 8:00 AM |

3. Records required to be produced for inspection

Please see attached continuation page.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*
Issued under authority of section 509, Tariff Act of 1930, as amended by Pub. L. No. 95-410 (19 U.S.C. § 1509); 44 F.R. 2217; Homeland Security Act of 2002.

| 4. Name of person authorized to service this summons or any other CBP Officer or ICE Special Agent ▮▮▮▮▮▮ | 5. Date of issue - 2/4/2026 1:56 PM EST ▮▮▮▮▮▮ By: |
|---|---|
| If you have any questions regarding this summons, contact the CBP Officer or ICE Special Agent identified in Block 2 | 6. Name, title, address, and telephone number of person issuing this summons Name Title Address ▮▮▮▮▮▮▮▮▮ Telephone ▮▮▮▮▮ |

| 1. | To (Name, Address, City, State, Zip Code)<br>Google LLC<br>Corporation Service Company<br>c/o Custodian of Records<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, California 95833 | DEPARTMENT OF HOMELAND SECURITY<br><br>**SUMMONS (Continuation)**<br><br>To Appear and/or Produce Records<br>19 U.S.C. § 1509 |
|---|---|---|

Summons Number: ▮▮▮▮▮▮▮▮

3. Records required to be produced for inspection (continued)

The following applies if checked:

☐ **Child Exploitation:** This subpoena is in regard to an investigation involving Child Exploitation and/or transmission of Child Pornography via the internet. Please do not disclose/notify the user of the issuance of this subpoena. Disclosure to the user could impede an investigation or obstruct justice.

1. All records and other information relating to the Account(s) and any associated accounts including the following:

a. Names (including subscriber names, usernames, and screen names);

b. Addresses (including mailing addresses, service addresses, residential addresses, business addresses, and e-mail addresses);

c. Length of service (including start date) and types of service utilized;

d. Telephone or instrument numbers (including model type/numbers, phone numbers, IMSIs, IMEIs, MEIDs, UDIDs, MAC addresses, and advertising IDs);

e. Other subscriber numbers or identities, including temporarily assigned network addresses (including registration and session IP addresses with associated port numbers);

f. Means and source of payment for such service (including any credit card or bank account number) and billing records; and

g. History of Account Suspensions or Violations of Terms due to Threatening or Harassing Language

3. Any location information.

4. All available activity, connection, and transactional logs, including user agent strings.

Request Records start date of September 1, 2025.
Request Records end date of February 4, 2026.

Subscriber email: ▮▮▮▮▮▮▮@gmail.com

**Method of Response:**

Preferred:

Return the requested records in an accessible data file format such as ".XLS", ".CSV", ".TXT", or ".PDF". The data file(s) should be delivered via e-mail to: Criminal Investigator ▮▮▮▮▮▮▮

NOTE: The ICE e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the summons response in multiple e-mail messages.

Alternates:

The records should be delivered to Criminal Investigator ▮▮▮▮▮▮▮ U.S. Immigration and Customs Enforcement:
▮▮▮▮▮▮▮

DHS Form 3115 (6/09) - Page 3 of 4

If you have questions, please contact Criminal Investigator ███████████████

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*

**END OF DOCUMENT**