Michael Perloff (D.C. Bar No. 1601047) (*pro hac vice* to be filed)
mperloff@acludc.org
Laura K. Follansbee (D.C. Bar No. 1782046) (*pro hac vice* to be filed)
lfollansbee@acludc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF COLUMBIA
529 14th St NW, Ste 722
Washington, DC 20045
Telephone: (202) 457-0800

Jacob A. Snow (CA Bar No. 270988)
jsnow@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DOE, <br><br> Plaintiff, <br><br> v. <br><br> MARKWAYNE MULLIN, *in his official capacity as Secretary of the United States Department of Homeland Security* <br><br> Defendant. | **DECLARATION OF PLAINTIFF JOHN DOE IN SUPPORT OF HIS MOTION TO PROCEED PSEUDONYMOUSLY** |

Declaration of Plaintiff John Doe                    1

I, Plaintiff John Doe, declare as follows:

1. I have personal knowledge of the facts set forth in this declaration.

2. I am the Plaintiff in this action. I am a Canadian citizen and currently reside in Canada.

3. I post on social media to express my personal opinions, especially about the United States government, President Trump, and the conduct of Department of Homeland Security ("DHS") officials employed by Immigration and Customs Enforcement and Border Patrol. I oppose President Trump's policies, and I often make posts expressing my views on his actions.

4. Many of my posts on X have received a significant number of views. One, which disparaged DHS, received nearly 96,000 views.

5. I post online under a pseudonym. I choose to be anonymous online because my personal privacy and my family's privacy are extremely important to me. I understand that if others online knew my true name, it would be possible to obtain significant amounts of personal information about me and my family. Because I post political commentary, I also worry about possible retaliation from those who dislike my views.

6. On February 9, I received an email from Google informing me that Google "received an administrative subpoena issued by the Department of Homeland Security compelling the release of information related to your Google account."

7. Google included the summons it received ("the Summons") as an attachment to the email.

8. The Summons listed a Gmail address of mine, which is the same one connected to my X account.

9. Google redacted information identifying the name of the officials who issued the Summons as well as their location and phone numbers. My attorneys filed a true and accurate copy of the Summons with the Complaint as Ex. A. The sole difference between Ex. A and the copy of the Summons that I received from Google is that my attorneys redacted my email address and the summons number from the document they filed on the public docket.

10. I have received no information about why DHS issued the Summons. The only reason I can think of is that it disagreed with my criticisms of it on X.

11. I responded to Google's email by stating that I objected to the Summons and did not want Google to comply.

12. I am proceeding with this lawsuit to prevent the United States government from learning my name or any of the other information it sought through the Summons. I also hope that this case sends a message to DHS and the public that the government cannot invade social media users' privacy just because those users criticize DHS's conduct.

13. If I must litigate this case under my own name, it would undermine core objectives that I am pursuing by bringing this case.

14. I also worry that if my identity is revealed, my family and I might face harassment or targeting. In particular, if I want to travel to the United States, I worry that I will be denied entry or be arrested.

15. Because the United States government issued this Summons, I also worry that they will use my true name to issue more summonses to learn sensitive information about me.

16. I know that other critics of the United States government have faced retaliation for expressing their disapproval of the administration, including being detained at airports and borders. I fear the same could happen to me if my identity were to be revealed.


Executed on May 4, 2026                              _/s/ John Doe_

                                                    John Doe*


*To avoid experiencing the injury he files this case to prevent, as well as retaliation and harassment, Mr. Doe submits this declaration under a pseudonym. Counsel hereby certifies that he has an unaltered signed copy of the foregoing document available for inspection by the Court.

Declaration of Plaintiff John Doe                    3