Michael Perloff (D.C. Bar No. 1601047) (*pro hac vice* to be filed)
mperloff@acludc.org
Laura K. Follansbee (D.C. Bar No. 1782046) (*pro hac vice* to be filed)
lfollansbee@acludc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF COLUMBIA
529 14th St NW, Ste 722
Washington, DC 20045
Telephone: (202) 457-0800

Jacob A. Snow (CA Bar No. 270988)
jsnow@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN, *in his official capacity as Secretary of the Department of Homeland Security*<br><br>Defendant. | Case No. 3:26-cv-03988<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED PSEUDONYMOUSLY** |

## [PROPOSED] ORDER

Having reviewed Plaintiff's Motion to Proceed Pseudonymously and the declaration attached thereto, this Court **GRANTS** Plaintiff Doe's Motion to Proceed Pseudonymously.

IT IS SO ORDERED.

Dated:_____, 2026                    _____

United States District Judge