Michael Perloff (D.C. Bar No. 1601047) (*pro hac vice* to be filed)
mperloff@acludc.org
Laura K. Follansbee (D.C. Bar No. 1782046) (*pro hac vice* to be filed)
lfollansbee@acludc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF COLUMBIA
529 14th St NW, Ste 722
Washington, DC 20045
Telephone: (202) 457-0800

Jacob A. Snow (CA Bar No. 270988)
jsnow@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DOE, | Case No. 3:26-cv-03988 |
| Plaintiff, | **DECLARATION OF MICHAEL PERLOFF** |
| v. | |
| MARKWAYNE MULLIN, *in his official capacity as Secretary of the Department of Homeland Security* | |
| Defendant. | |

DECLARATION OF MICHAEL PERLOFF                                    Case No. 3:26-cv-03988

I, Michael Perloff, declare as follows:

1.  I am a member in good standing of the D.C. Bar and a Senior Staff Attorney at the American Civil Liberties Union Foundation of the District of Columbia. I am one of the attorneys for Plaintiff in the above-captioned matter. I submit this declaration in support of Plaintiff Doe's Administrative Motion For Leave To File Under Seal.

2.  Except where otherwise stated, the matters described in this declaration are true and of my own knowledge.

3.  Exhibit A to Plaintiff's motion is, on the basis of Mr. Doe's representations to the undersigned, a true and correct copy of the summons at issue in this case in the form in which it was received by Mr. Doe from Google LLC. All redactions that appear in this copy of the Summons were present in the copy received by Mr. Doe. Mr. Doe's email address and the summons number is unredacted.

4.  I was unable to contact opposing counsel for a stipulation regarding Mr. Doe's administrative motion to file under seal because the motion was filed contemporaneously with the Complaint and counsel for the government had not yet been assigned.

I declare under penalty of perjury that the above is true and correct.

Executed this 4th day of May 2026.

Dated: May 4, 2026                    By:          */s/ Michael Perloff*
                                                    Michael Perloff
                                                    *Counsel for Plaintiff*