Michael Perloff (D.C. Bar No. 1601047) (*pro hac vice*)
mperloff@acludc.org
Laura K. Follansbee (D.C. Bar No. 1782046) (*pro hac vice*)
lfollansbee@acludc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF COLUMBIA
529 14th St NW, Ste 722
Washington, DC 20045
Telephone: (202) 457-0800

Jacob A. Snow (CA Bar No. 270988)
jsnow@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DOE,<br><br>           Plaintiff,<br><br>      v.<br><br>MARKWAYNE MULLIN, *in his official capacity as Secretary of the Department of Homeland Security*<br><br>           Defendant. | Case No. 5:26-cv-03988<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND THE DEADLINE TO SERVE PROCESS AND RELATED DEADLINES** |

# [PROPOSED] ORDER

Pursuant to Federal Rules of Civil Procedure 4(m) and 6(b), and Civil L.R. 6-3, and having reviewed Plaintiff's Motion to Extend the Deadline to Serve Process and Related Deadlines, and the declaration attached thereto, this Court hereby

**GRANTS** Plaintiff Doe's motion; and

**ORDERS** that Plaintiff serve process 60 days after August 3; and

**FURTHER ORDERS** that the pending deadlines in this matter are set as follows:

| Case Management Event | Deadline |
|---|---|
| Deadline for Plaintiff to serve Defendant with the summons and complaint | October 2, 2026 |
| Deadline to file ADR Certification. (See ADR L.R. 3) | October 6, 2026 <br><br> *Two weeks before Case Management Conference* |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan. (See F.R. Civ. P. 26(f)) | October 6, 2026 <br><br> *Two weeks before Case Management Conference* |
| Deadline to make initial disclosures. (See F.R. Civ. P. 26(a)(1)) | October 13, 2026 <br><br> *One week before Case Management Conference* |
| Deadline to file Joint Case Management Statement. (See Standing Order for All Judges of the Northern District of California) | October 2, 2026 <br><br> *18 days before Case Management Conference* |
| Initial Case Management Conference | October 20, 2026 |

IT IS SO ORDERED.

Dated:_____, 2026

_____
Noël Wise
United States District Judge