Michael Perloff (D.C. Bar No. 1601047) (*pro hac vice*)
mperloff@acludc.org
Laura K. Follansbee (D.C. Bar No. 1782046) (*pro hac vice*)
lfollansbee@acludc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF COLUMBIA
529 14th St NW, Ste 420
Washington, DC 20045
Telephone: (202) 457-0800

Jacob A. Snow (CA Bar No. 270988)
jsnow@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>MARKWAYNE MULLIN, *in his official capacity as Secretary of the United States Department of Homeland Security*<br><br>    Defendant. | Case No. 5:26-cv-03988-NW<br><br>**CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civ. L.R. 3-15, the undersigned hereby certify that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: August 7, 2026                    Respectfully submitted,


                                         /s/ Laura K. Follansbee
                                         Laura K. Follansbee (D.C. Bar No. 1782046) (*pro hac vice*)
                                         Michael Perloff (D.C. Bar No. 1601047) (*pro hac vice*)
                                         AMERICAN CIVIL LIBERTIES UNION FOUNDATION
                                         OF THE DISTRICT OF COLUMBIA

                                         Jacob A. Snow (CA Bar No. 270988)
                                         AMERICAN CIVIL LIBERTIES UNION FOUNDATION
                                         OF NORTHERN CALIFORNIA


                                         *Attorneys for Plaintiff*