Michael Perloff (D.C. Bar No. 1601047) (*pro hac vice*)
mperloff@acludc.org
Laura K. Follansbee (D.C. Bar No. 1782046) (*pro hac vice*)
lfollansbee@acludc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF COLUMBIA
529 14th St NW, Ste 420
Washington, DC 20045
Telephone: (202) 457-0800

Jacob A. Snow (CA Bar No. 270988)
jsnow@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN, *in his official capacity as Secretary of the Department of Homeland Security*<br><br>Defendant. | Case No.  5:26-cv-03988-NW<br><br>**SECOND DECLARATION OF MICHAEL PERLOFF IN SUPPORT OF MOTION TO SEAL** |

PERLOFF DECLARATION                    1                    Case No. 5:26-cv-03988-NW

I, Michael Perloff, declare as follows:

1. I am a member in good standing of the D.C. Bar and a Senior Staff Attorney at the American Civil Liberties Union Foundation of the District of Columbia. I am one of the attorneys for Plaintiff in the above-captioned matter. I submit this declaration in support of Plaintiff Doe's Renewed Administrative Motion For Leave To File Under Seal.

2. Except where otherwise stated, the matters described in this declaration are true and of my own knowledge.

3. Exhibit A to Plaintiff's motion is, on the basis of Mr. Doe's representations to the undersigned, a true and correct copy of the summons at issue in this case in the form in which it was received by Mr. Doe from Google LLC. All redactions that appear in this copy of the Summons were present in the copy received by Mr. Doe. Mr. Doe's email address and the summons number are unredacted.

4. Mr. Doe is seeking to file the following portions of Ex. A under seal:

| ECF No. | Document Title | Portion to be Sealed | Basis for Sealing |
| --- | --- | --- | --- |
| 1-1 | Department of Homeland Security Summons to Appear and/or Produce Records 19 U.S.C. § 1509. | Portion of the email address appearing on p. 2 to the left of the "@" symbol | Privacy |
| 1-1 | Department of Homeland Security Summons to Appear and/or Produce Records 19 U.S.C. § 1509. | Summons number on pp. 1 and 2 | Privacy |

5. I contacted opposing counsel for a stipulation regarding Mr. Doe's administrative motion to file under seal on July 21, 2026. On July 28, 2026, opposing counsel stated that he opposed this motion.

I declare under penalty of perjury that the above is true and correct.

Executed this sixth day of August 2026.

Dated: August 6, 2026

By:    */s/ Michael Perloff*
       Michael Perloff
       *Counsel for Plaintiff*