Michael Perloff (D.C. Bar No. 1601047) (*pro hac vice*)
mperloff@acludc.org
Laura K. Follansbee (D.C. Bar No. 1782046) (*pro hac vice*)
lfollansbee@acludc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF COLUMBIA
529 14th St NW, Ste 420
Washington, DC 20045
Telephone: (202) 457-0800

Jacob A. Snow (CA Bar No. 270988)
jsnow@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff,<br><br>        v.<br><br>MARKWAYNE MULLIN, *in his official capacity as Secretary of the Department of Homeland Security*<br><br>        Defendant. | Case No. 5:26-cv-03988-NW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S SECOND RENEWED ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Pursuant to Civil Local Rules 7-11 and 79-5, and having reviewed Plaintiff's Second Renewed Administrative Motion to File Under Seal and the declaration attached thereto, this Court **GRANTS** Plaintiff Doe's motion. The material listed below is to be **FILED** under seal.

| ECF No. | Document Title | Portion to be Sealed | Basis for Sealing |
|---|---|---|---|
| 1-1 | Department of Homeland Security Summons to Appear and/or Produce Records 19 U.S.C. § 1509. | Portion of the email address appearing on p. 2 to the left of the "@" symbol | Privacy |
| 1-1 | Department of Homeland Security Summons to Appear and/or Produce Records 19 U.S.C. § 1509. | Summons number on pp. 1 and 2 | Privacy |

IT IS SO ORDERED.

Dated:_____, 2026                    _____
                                                                          Noël Wise
                                                                          United States District Judge