Michael Perloff (D.C. Bar No. 1601047) (appearing *pro hac vice*)
mperloff@acludc.org
Laura K. Follansbee (D.C. Bar No. 1782046) (appearing *pro hac vice*)
lfollansbee@acludc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF COLUMBIA
529 14th St NW, Ste 420
Washington, DC 20045
Telephone: (202) 457-0800

Jacob A. Snow (CA Bar No. 270988)
jsnow@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN, *in his official capacity as Secretary of the Department of Homeland Security*<br><br>Defendant. | Case No. 3:26-cv-03988<br><br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S CONSENT ADMINISTRATIVE MOTION TO WITHDRAW AS COUNSEL** |

Having reviewed the Consent Administrative Motion To Withdraw as Counsel, the Motion is hereby GRANTED. Plaintiff will continue to be represented by Laura K. Follansbee and Jacob A. Snow.

IT IS SO ORDERED.

Dated: November 10, 2026

Noël Wise
United States District Judge